SCHEDULE A
MDL No. 2856 - IN RE: LOUISIANA COASTAL ZONE LAND LOSS LITIGATION
Eastern District of Louisiana
PLAQUEMINES PARISH, ET AL. v. ROZEL OPERATING COMPANY, ET AL., C.A. No. 2:18-05189
JEFFERSON PARISH, ET AL. v. DESTIN OPERATING COMPANY, INC., ET AL., C.A. No. 2:18-05206
PARISH OF PLAQUEMINES, ET AL. v. HILCORP ENERGY COMPANY, ET AL., C.A. No. 2:18-05210
JEFFERSON PARISH, ET AL. v. ANADARKO E&P ONSHORE, LLC, ET AL., C.A. No. 2:18-05213
PLAQUEMINES PARISH, ET AL. v. EXCHANGE OIL & GAS CORPORATION, ET AL., C.A. No. 2:18-05215
PLAQUEMINES PARISH v. RIVERWOOD PRODUCTION COMPANY, INC., ET AL., C.A. No. 2:18-05217
PLAQUEMINES PARISH, ET AL. v. JUNE ENERGY, INC., ET AL., C.A. No. 2:18-05218
PLAQUEMINES PARISH, ET AL. v. CHEVRON U.S.A., INC., ET AL., C.A. No. 2:18-05220
ST. BERNARD PARISH, ET AL. v. ATLANTIC RICHFIELD COMPANY, ET AL., C.A. No. 2:18-05222
JEFFERSON PARISH, ET AL. v. CHEVRON U.S.A. HOLDINGS, INC., ET AL., C.A. No. 2:18-05224
PLAQUEMINES PARISH v. GREAT SOUTHERN OIL & GAS CO., INC., ET AL., C.A. No. 2:18-05227
PLAQUEMINES PARISH v. NORTHCOAST OIL COMPANY, ET AL., C.A. No. 2:18-05228
PLAQUEMINES, ET AL. v. CONOCOPHILLIPS COMPANY, ET AL., C.A. No. 2:18-05230
PLAQUEMINES PARISH, ET AL. v. LINDER OIL COMPANY, ET AL., C.A. No. 2:18-05231
PLAQUEMINES PARISH, ET AL. v. DEVON ENERGY PRODUCTION COMPANY, L.P., ET AL., C.A. No. 2:18-05234
PLAQUEMINES PARISH, ET AL. v. GOODRICH PETROLEUM COMPANY, LLC, ET AL., C.A. No. 2:18-05238
PLAQUEMINES PARISH v. APACHE OIL CORPORATION, ET AL., C.A. No. 2:18-05240
JEFFERSON PARISH, ET AL. v. EQUITABLE PETROLEUM CORPORATION, ET AL., C.A. No. 2:18-05242 *1348 JEFFERSON PARISH v. ATLANTIC RICHFIELD COMPANY, ET AL., C.A. No. 2:18-05246
JEFFERSON PARISH v. CANLAN OIL COMPANY, ET AL., C.A. No. 2:18-05252
PLAQUEMINES PARISH v. TOTAL PETROCHEMICALS & REFINING USA, INC., ET AL., C.A. No. 2:18-05256
JEFFERSON PARISH v. EXXON MOBIL CORPORATION, ET AL., C.A. No. 2:18-05257
PLAQUEMINES PARISH v. BEPCO, L.P., ET AL., C.A. No. 2:18-05258
PLAQUEMINES PARISH v. PALM ENERGY OFFSHORE, L.L.C., ET AL., C.A. No. 2:18-05259
PLAQUEMINES PARISH v. HELIS OIL & GAS COMPANY, LLC, ET AL., C.A. No. 2:18-05260
PLAQUEMINES PARISH, ET AL. v. CASKIDS OPERATING COMPANY, ET AL., C.A. No. 2:18-05262
PLAQUEMINES PARISH v. HHE ENERGY COMPANY, ET AL., C.A. No. 2:18-05263
PLAQUEMINES PARISH, ET AL. v. CAMPBELL ENERGY CORPORATION, ET AL., C.A. No. 2:18-05264
PLAQUEMINES PARISH, ET AL. v. LLOG EXPLORATION & PRODUCTION COMPANY, LLC, ET AL., C.A. No. 2:18-05265
Western District of Louisiana
CAMERON PARISH, ET AL. v. AUSTER OIL & GAS, INC., ET AL., C.A. No. 2:18-00677
CAMERON PARISH, ET AL. v. BALLARD EXPLORATION CO., INC., ET AL., C.A. No. 2:18-00678
CAMERON PARISH, ET AL. v. BRAMMER ENGINEERING, INC., ET AL., C.A. No. 2:18-00679
CAMERON PARISH, ET AL. v. BURLINGTON RESOURCES OIL & GAS CO. LP, ET AL., C.A. No. 2:18-00682
CAMERON PARISH, ET AL. v. ALPINE EXPLORATION COMPANIES, INC., ET AL., C.A. No. 2:18-00684
CAMERON PARISH, ET AL. v. BAY COQUILLE, INC., ET AL., C.A. No. 2:18-00685
CAMERON PARISH, ET AL. v. ATLANTIC RICHFIELD CO., ET AL., C.A. No. 2:18-00686
CAMERON PARISH, ET AL. v. BP AMERICA PRODUCTION COMPANY, ET AL., C.A. No. 2:18-00687
CAMERON PARISH, ET AL. v. APACHE CORP. OF DELAWARE, ET AL., C.A. No. 2:18-00688
CAMERON PARISH, ET AL. v. ANADARKO E & P ONSHORE LLC, ET AL., C.A. No. 2:18-00689
CAMERON PARISH, ET AL. v. BEPCO, L.P., ET AL., C.A. No. 2:18-00690
STUTES, ET AL. v. GULFPORT ENERGY CORP., ET AL., C.A. No. 6:18-00691